# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2010

141432 & (39)(42)

ROBERT DAVIS,
        Plaintiff-Appellant,

v

CLIFFORD CHATMAN,
        Defendant-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 141432
COA: 299021
Wayne CC: 10-005729-AW

On order of the Court, the motion for immediate consideration is GRANTED. The motion to strike is DENIED. The application for leave to appeal the July 15, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2010

_____
Clerk

d0727